UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ALTHEA THOMAS**

**VERSUS**

**ALLSTATE VEHICLE AND PROPERTY INSURANCE, ET AL**

**CIVIL ACTION**

**NO. 21-132-JWD-SDJ**

## RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 9, 2021 (Doc. 18), to no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 3) is **GRANTED** and this action is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's request for Attorney Fees and Costs (Doc. 3) is DENIED.

**IT IS FURTHER ORDERED** that the parties bear their own costs.

Signed in Baton Rouge, Louisiana, on December 15, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

19th JDC Certified
JURY